■ COMPTON ADVERTISING, INC., Appellant, v MADISON-59TH STREET CORP., Respondent.—Order, Supreme Court, New York County, entered on June 13, 1975, unanimously affirmed, and that the respondent recover of the

appellant $40 costs and disbursements of this appeal. The order below was within the discretion of Special Term and this Court does not see any reason for interfering in such discretion. No opinion. Concur—Markewich, J. P., Kupferman, Murphy, Tilzer and Capozzoli, JJ.